Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>AONISI, CHINCARE, CHONGQINGWEISESIJIANCAIYOUXIANGONGSI, CNYCATING, CONSTANT DI, DELIN874, DINGYAFEI, EERESTEDENTRYS, ENCANTO MIRABEL, ESS PROMO SHOP, FASHION KEYCHAIN LANYARD, GANCITY, GOULIANG, GUANGZHOUPINGCHENTAOWENJULIPINYOUXIANGONGSI, HAOZEWANGLUO, HAWAIIAN JEWELRY HONOLULU JEWELRY COMPANY, HOMEGY, HUIANLAN, IPUUJHGIU, JULSVON, KATAOS, KEYCHAIN STORE, KEYCHAIN STROE, KEYCHAIN-USA, LINGKI, LJXFB, LKEEAIU, LUCYCULTURE, LUOZHIXIA-SHOP, MACARREN, OW KEYCHAIN STORE, PYUUAN, QUANDENCE, SUNWENLONGG, TANGYINT, TDYHTRTFH, WANGFEIDSA, WEZENG, XUJIANLONG001, | 22-cv-2871 (PAE)<br><br>[PROPOSED]<br>**UNSEALING ORDER** |

| |
|---|
| YONGCHENDZSW, YONGKUNS, YUEDO BREWERY LIMITED, ZENG'S STORE and 王艳春, |
| *Defendants* |

WHEREAS the Court orders that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 4th day of May, 2022, at 9:45 a.m.
New York, New York

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

1